UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:18-cr-00160-SEB-DML |
| | ) | |
| WALTER WATSON, | ) -03 | |
| | ) | |
| Defendant. | ) | |

The Honorable Sarah Evans Barker, Judge
Entry for December 3, 2020

On this date, Defendant appeared in person, together with retained counsel Martin E. Crandall, and the Government appeared by AUSA Matthew J. Rinka and investigative agents J.J. De St. Jean and Scott Brown, for a sentencing hearing. The hearing was reported by Court Reporter, Laura Howie-Walters.

- The parties were heard with respect to the sentence and application of the Sentencing Guidelines.

- Sentence was imposed as stated on the record, including:

  Incarceration:   18 months
  Supervised Release: 2 years
  Restitution:  $233,732.00
  Fine:  $3,000.00
  Special Assessment: $200.00.

- The Defendant was advised of his right to appeal.

- Defendant remains out of custody on the previously ordered conditions of release.

- The Judgment is forthcoming.

- The proceedings were adjourned.

Distribution:

Martin E. Crandall
CLARK HILL PLC
mcrandall@clarkhill.com

Matthew Rinka
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
matthew.rinka@usdoj.gov